**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| F.M.M-M., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-1206-CDL-AGH<br>28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, | : | |
| Respondents. | : | |

**ORDER**

Pending before the Court are Petitioner's *pro se* petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (ECF No. 1) and his motion to appoint counsel (ECF No. 2). Petitioner is a native and citizen of Colombia who has entered and been removed from the United States multiple times. Pet. 4-6, ECF No. 1. Most recently, on November 15, 2024, authorities encountered Petitioner near the United States border and was taken into custody. *Id.* at 6; Bush Decl. ¶ 13, ECF No. 6-1. On December 31, 2024, Petitioner was released from immigration detention on an order of supervision. Pet. 6; Bush Decl. ¶ 14. During these proceedings, immigration officials made a positive credible fear determination. *Id.* On August 20, 2026, Immigration Customs and Enforcement, Enforcement Operations and Removal took Petitioner into custody when Petitioner appeared for a scheduled check-in appointment. *Id.* at 8; Bush Decl. ¶ 17. However, Petitioner's next appearance in his immigration proceedings is not scheduled until February 1, 2027, more than four months after Petitioner was taken into custody,

and nearly seven months after Petitioner appeared in person with counsel at a master calendar hearing on July 23, 2026. Bush Decl. ¶ 16 & Ex. G, ECF No. 6-8.

Under the circumstances of this case, the Court orders that an evidentiary hearing be held. In order to facilitate the evidentiary hearing, and in compliance with Rule 8(c) of the Rules Governing Habeas Corpus Cases Under Section 2254, which this Court is applying to Petitioner's § 2241 Habeas case under Rule 1 of those Rules, the Court appoints the Federal Defenders of the Middle District of Georgia to represent Petitioner in this case. Thus, Petitioner's motion to appoint counsel (ECF No. 2) is **GRANTED**.

The parties are ordered to confer and present to the Court within fourteen (14) days a scheduling order addressing the following:

1) whether discovery is necessary and, if so, the scope and timeframe of such discovery;

2) a briefing schedule, to include any anticipated amended filings;

3) proposed dates for the evidentiary hearing; and

4) any other matters the parties deem pertinent.

Any disagreement by the parties should be outlined in the submitted order so the Court can resolve them.

**SO ORDERED**, this 30th day of October, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE